# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**GRADY LARKIN MCGOWAN**　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #113557**

**v.**　　　　　　　**CASE NO. 5:18-CV-00147 BSM**

**LOVER B. POLK**　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

The recommended disposition [Doc. No. 10] filed by United States Magistrate Judge Beth Deere has been received. No objections have been filed. After careful consideration, the recommended disposition is hereby adopted in its entirety. Accordingly, the defendant's motion to dismiss [Doc. No. 7] is granted and plaintiff Grady McGowan's complaint is dismissed with prejudice.

IT IS SO ORDERED this 27th day of August 2018.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE